IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GEDA USA HOLDINGS, INC., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 3:21-cv-00057 |
| vs. § | |
| § | |
| HERBERT CALLES and § | |
| ELEVATOR WORX & § | |
| INDUSTRIAL EQUIPMENT, § | |
| L.L.C. § | |
| § | |
| Defendants. § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff GEDA USA Holdings, Inc. and Defendants Herbert Calles and Elevator Worx & Industrial Equipment, L.L.C. (collectively, the "Parties") file this Stipulation of Dismissal with Prejudice and respectfully request that this Court dismiss all claims and defenses in this lawsuit with prejudice to refiling of the same, with the Parties to bear their own costs.

Therefore, the Parties respectfully request that this Court grant this stipulated motion to dismiss with prejudice and enter an order of dismissal with prejudice.

1

Dated: June 4, 2021.                    Respectfully Submitted,

                                        By:   /s/ Hunter M. Barrow
                                              HUNTER M. BARROW
                                              Attorney-in-Charge
                                              State Bar No. 24025240
                                              Federal Bar No. 25828
                                              hbarrow@andrewsmyers.com
                                              Andrews Myers, P.C.
                                              1885 Saint James Place, 15th Floor
                                              Houston, Texas 77056
                                              (713) 850-4200 – Telephone
                                              (713) 850-4211 – Facsimile

                                        ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

EMILY W. MILLER
State Bar No. 24079527
Federal ID No.: 1366940
emiller@andrewsmyers.com
MANUEL P. SCHOENHUBER
State Bar No. 24107994
Federal ID No.: 3290997
mschoenhuber@andrewsmyers.com
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 – Telephone
(713) 850-4211 – Facsimile

– **AND** –

        By:  /s/ *Andrew K. Meade*
            ANDREW K. MEADE
            Texas Bar No. 24032843
            Federal I.D. No. 32811
            ameade@meadeneese.com
            Meade & Neese LLP
            2118 Smith Street
            Houston, Texas 77002
            Telephone: (713) 355-1200

            **ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**OF COUNSEL FOR DEFENDANTS**

LEANN M. PINKERTON
Texas Bar No. 24038826
Federal I.D. No. 34720
lpinkerton@meadeneese.com
Meade & Neese LLP
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 355-1200

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered to all counsel of record on this 4th day of June, 2021, in accordance with the Federal Rules of Civil Procedure.

                                        */s/ Hunter M. Barrow*
                                        Hunter M. Barrow