United States District Court
Southern District of Texas
**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GEDA USA HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-57 |
| | § | |
| HERBERT CALLES, *ET AL.*, | § § | |
| *Defendants*. | § | |

## ORDER

Before the court is the plaintiff's stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure. Dkt. 17. The court acknowledges the stipulation. Accordingly, the plaintiff's claims against the defendants are dismissed with prejudice to refiling.

Each party shall bear its own costs and attorneys' fees.

Signed on Galveston Island on the 7th day of June, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE